# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| NORMAN HARVEY AKA ERIC ELROD, | : | No. 24 EAP 2020 |
| | : | |
| Appellant | : | Appeal from the order of |
| | : | Commonwealth Court dated May 12, |
| | : | 2020 at No. 541 M.D. 2019 |
| v. | : | |
| | : | |
| | : | |
| DEPARTMENT OF CORRECTIONS, JOHN | : | |
| WETZEL, SUPERINTENDENT, KEVIN | : | |
| RANSOM, RECORDS ROOM | : | |
| SUPERVISOR OF THE STATE | : | |
| CORRECTIONAL INSTITUTE AT DALLAS, | : | |
| PENNSYLVANIA, AND CHRISTOPHER | : | |
| THOMAS, DIRECTOR OF CMR/PPS, | : | |
| | : | |
| Appellees | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW,** this 17th day of February, 2021, the order of the Commonwealth Court is **AFFIRMED**.